■ TAG MECHANICAL SYSTEMS, INC., Respondent, v V.I.P. STRUCTURES, INC., Appellant. [907 NYS2d 891]—Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered September 9, 2009. The order granted the motion of plaintiff for a protective order.

Now, upon reading and filing the stipulation discontinuing action signed by the attorneys for the parties on May 13, 2010,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Sconiers, Pine and Gorski, JJ.